**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CHARI HUNT**,

               Plaintiff,

                                   Case Number: **8:22-cv-803-SDM-JSS**

   v.

**CREDENCE RESOURCE**
**MANAGEMENT, LLC,**

               Defendant.

_____/

## NOTICE OF SETTLEMENT

COMES NOW, the Plaintiff, Chari Hunt, to notify this court pursuant to Local Rule 3.09 that she has reached a settlement with Defendant Credence Resource Management, LLC. Upon consummation of the settlement terms, the Plaintiff will dismiss Defendant with prejudice.

Submitted this August 3, 2022, by:

/s/ *Brandon D. Morgan*
Brandon D. Morgan, Esq.
Florida Bar Number: 1015954
Seraph Legal, P. A.
1614 N. 19th St.
Tampa, FL 33605
(813) 567-1230
bmorgan@seraphlegal.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on August 3, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. This document has been served on Defendants' counsel via e-mail and a CM/ECF e-service system notice sent to all attorneys of record.

*/s/ Brandon D. Morgan*
Brandon D. Morgan, Esq.
Florida Bar Number: 1015954
